AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Walter, Donald E. | U.S. Dist Ct; Western Dist LA | 05/05/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge-Senior | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

300 Fannin Street, Suite 4200
Shreveport, Louisiana 71101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/05/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |


## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | See attached description - timber farm rent | E | Rent | N | Q | Sold (part) | 12/31/11 | J | C | |
| 2. | Jefferson Davis Bank & Trust Account | A | Interest | K | T | | | | | |
| 3. | See attached description | B | Royalty | J | V | | | | | |
| 4. | Jefferson Davis Bank Common Stock | E | Dividend | N | T | | | | | |
| 5. | See attached description | B | Rent | K | Q | | | | | |
| 6. | Pierremont Oaks Tennis Club | | None | J | T | | | | | |
| 7. | Left intentionally blank | | None | | | | | | | |
| 8. | Left intentionally blank | | None | | | | | | | |
| 9. | Left intentionally blank | | None | | | | | | | |
| 10. | Left intentionally blank | | None | | | | | | | |
| 11. | Left intentionally blank | | None | | | | | | | |
| 12. | Jefferson Davis Bank & Trust Common Stock | E | Dividend | P1 | T | | | | | |
| 13. | Left intentionally blank | | None | | | | | | | |
| 14. | Other assets | | None | | | | | | | |
| 15. | Left intentionally blank | | None | | | | | | | |
| 16. | Left intentionally blank | | None | | | | | | | |
| 17. | See attached description | | None | J | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. See attached description | B | Royalty | J | V | | | | | |
| 19. Coastal Club Common Stock | | None | L | T | | | | | |
| 20. Left intentionally blank | | None | | | | | | | |
| 21. Left intentionally blank | | None | | | | | | | |
| 22. Note: Valuation Code V-asset value on 36mth gross prod | | None | | | | | | | |
| 23. Other assets | | None | | | | | | | |
| 24. Exxon Mobil Common Stock-Morgan Stanley #1 | B | Dividend | L | T | | | | | |
| 25. Left intentionally blank | | None | | | | | | | |
| 26. Left intentionally blank | | None | | | | | | | |
| 27. Left intentionally blank | | None | | | | | | | |
| 28. Oracle Corp Common Stock-transferred to Morgan Stanley #2 | A | Dividend | | | Sold | 01/31/11 | J | C | |
| 29. Left intentionally blank | | None | | | | | | | |
| 30. Bancorp South Account | A | Interest | J | T | | | | | |
| 31. Left intentionally blank | | None | | | | | | | |
| 32. Verizon CommuniCo Common Stock-Morgan Stanley #1 | A | Dividend | J | T | | | | | |
| 33. Left intentionally blank | | None | | | | | | | |
| 34. Left intentionally blank | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Left intentionally blank | | None | | | | | | | |
| 36. Left intentionally blank | | None | | | | | | | |
| 37. Left intentionally blank | | None | | | | | | | |
| 38. Left intentionally blank | | None | | | | | | | |
| 39. Left intentionally blank | | None | | | | | | | |
| 40. Left intentionally blank | | None | | | | | | | |
| 41. Left intentionally blank | | None | | | | | | | |
| 42. GE Common Stock-Charles Schwab | A | Dividend | J | T | | | | | |
| 43. Left intentionally blank | | None | | | | | | | |
| 44. Left intentionally blank | | None | | | | | | | |
| 45. Left intentionally blank | | None | | | | | | | |
| 46. Left intentionally blank | | None | | | | | | | |
| 47. Left intentionally blank | | None | | | | | | | |
| 48. Other Assets-Blackrock Global Smallcap Fund Cl A & B- M.S.#1 | | None | | | Sold | 08/18/11 | K | D | |
| 49. IDEARC Common Stock | | None | | | Redeemed | 01/01/11 | J | A | |
| 50. Left intentionally blank | | None | | | | | | | |
| 51. Left intentionally blank | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/05/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Charles Schwab & Co., Inc.-money market | None | | J | T | | | | | |
| 53. Left intentionally blank | None | | | | | | | | |
| 54. Left intentionally blank | None | | | | | | | | |
| 55. Left intentionally blank | None | | | | | | | | |
| 56. Left intentionally blank | None | | | | | | | | |
| 57. Left intentionally blank | None | | | | | | | | |
| 58. Left intentionally blank | None | | | | | | | | |
| 59. Left intentionally blank | None | | | | | | | | |
| 60. Leave intentionally blank | None | | | | | | | | |
| 61. Left intentionally blank | None | | | | | | | | |
| 62. Left intentionally blank | None | | | | | | | | |
| 63. Left intentionally blank | None | | | | | | | | |
| 64. Left intentionally blank | None | | | | | | | | |
| 65. Left intentionally blank | None | | | | | | | | |
| 66. Left intentionally blank | None | | | | | | | | |
| 67. Left intentionally blank | None | | | | | | | | |
| 68. Left intentionally blank | None | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/05/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | Left intentionally blank | | None | | | | | | | | |
| 70. | Left intentionally blank | | None | | | | | | | | |
| 71. | Left intentionally blank | | None | | | | | | | | |
| 72. | Left intentionally blank | | None | | | | | | | | |
| 73. | Left intentionally blank | | None | | | | | | | | |
| 74. | Left intentionally blank | | None | | | | | | | | |
| 75. | Left intentionally blank | | None | | | | | | | | |
| 76. | See Attached Description | A | Royalty | J | V | | | | | |
| 77. | See Attached Description | F | Royalty | M | V | | | | | |
| 78. | Left intentionally blank | | None | | | | | | | | |
| 79. | Left intentionally blank | | None | | | | | | | | |
| 80. | Left intentionally blank | | None | | | | | | | | |
| 81. | Left intentionally blank | | None | | | | | | | | |
| 82. | Left intentionally blank | | None | | | | | | | | |
| 83. | Left intentionally blank | | None | | | | | | | | |
| 84. | Left intentionally blank | | None | | | | | | | | |
| 85. | Left intentionally blank | | None | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Left intentionally blank | | None | | | | | | | |
| 87. Left intentionally blank | | None | | | | | | | |
| 88. Left intentionally blank | | None | | | | | | | |
| 89. Left intentionally blank | | None | | | | | | | |
| 90. Left intentionally blank | | None | | | | | | | |
| 91. Left intentionally blank | | None | | | | | | | |
| 92. Left intentionally blank | | None | | | | | | | |
| 93. Left intentionally blank | | None | | | | | | | |
| 94. Left intentionally blank | | None | | | | | | | |
| 95. Left intentionally blank | | None | | | | | | | |
| 96. Left intentionally blank | | None | | | | | | | |
| 97. Baxter Interntl Inc.-transferred to Morgan Stanley #2 | A | Dividend | | | Sold | 10/21/11 | J | A | |
| 98. Coca Cola Com-transferred to Morgan Stanley #2 | A | Dividend | | | Sold | 01/07/11 | J | A | |
| 99. Left intentionally blank | | None | | | | | | | |
| 100. Left intentionally blank | | None | | | | | | | |
| 101. General Mills-transferred to Morgan Stanely #2 | A | Dividend | | | Sold | 03/30/11 | J | A | |
| 102. Left intentionally blank | | None | | | | | | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000          P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. McDonalds Corp-transferred to Morgan Stanley #2 | | None | | | Sold | 01/19/11 | J | A | |
| 104. Left intentionally blank | | None | | | | | | | |
| 105. Proctor & Gamble Co-transferred to Morgan Stanley #2 | A | Dividend | | | Sold | 10/21/11 | J | A | |
| 106. Left intentionally blank | | None | | | | | | | |
| 107. Left intentionally blank | | None | | | | | | | |
| 108. The New Century,LLC | A | Distribution | J | V | | | | | |
| 109. Left intentionally blank | | None | | | | | | | |
| 110. Interest in Niblett Irrigation Inc | | None | J | V | | | | | |
| 111. R.S. Note | | None | J | V | | | | | |
| 112. Jefferson Davis Bank Account | | None | N | T | | | | | |
| 113. Left intentionally blank | | None | | | | | | | |
| 114. Left intentionally blank | | None | | | | | | | |
| 115. Spectra Energy Corp-Charles Schwab | A | Dividend | | | Sold | 03/15/11 | J | A | |
| 116. Morgan Stanley Bank #1 | A | Interest | J | T | | | | | |
| 117. Left intentionally blank | | None | | | | | | | |
| 118. Morgan Stanley #2-Bank | A | Interest | J | T | | | | | |
| 119. Morgan Stanley #2-Advanced Auto Parts | A | Dividend | | | Sold | 03/09/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Morgan Stanley #2- Altria Group Inc. | A | Dividend | J | T | Buy (add'l) | 10/21/11 | J | | |
| 121. Morgan Stanley #2- American Elec Power co | A | Dividend | J | T | Buy (add'l) | 10/21/11 | J | | |
| 122. Morgan Stanley #2-Apple Inc. | | None | | | Sold | 05/04/11 | J | A | |
| 123. Morgan Stanley #2-AT&T | A | Dividend | J | T | Buy (add'l) | 10/21/11 | J | | |
| 124. Morgan Stanley #2-Bank of NY Mellon | A | Dividend | | | Sold | 10/21/11 | J | A | |
| 125. Morgan Stanley #2-Berkshire Hathaway Cl B | | None | | | Sold | 04/14/11 | J | A | |
| 126. Morgan Stanley #2-Chevron Corp | A | Dividend | J | T | Buy (add'l) | 10/21/11 | J | | |
| 127. Alcoa- Charles Schwab | A | Dividend | J | T | | | | | |
| 128. Morgan Stanley #2-CVS Caremark Corp | A | Dividend | | | Sold | 04/14/11 | J | A | |
| 129. Morgan Stanley #2-Dr Pepper Snapple Group | A | Dividend | | | Sold | 03/30/11 | J | A | |
| 130. Morgan Stanley #2-Ebay Inc | | None | | | Sold | 07/12/11 | J | A | |
| 131. Morgan Stanley #2-General Elec | A | Dividend | | | Sold | 10/21/11 | J | A | |
| 132. Morgan Stanley #2-Home Depot Inc. | A | Dividend | J | T | Buy (add'l) | 10/21/11 | J | | |
| 133. Morgan Stanley #2-Intel Corp | A | Dividend | J | T | Sold (part) | 04/04/11 | J | A | |
| 134. Morgan Stanley #2- IShare Silver Trust | | None | | | Sold | 04/27/11 | J | D | |
| 135. Left Intentionally Blank | | None | | | | | | | |
| 136. Morgan Stanley #2-Johnson & Johnson | | None | | | Sold | 01/31/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/05/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Morgan Stanley #2-Kellogg Co. | A | Dividend | | | Sold | 10/21/11 | J | A | |
| 138. Morgan Stanley #2-Kimberly Clark Corp | A | Dividend | J | T | Buy (add'l) | 10/21/11 | J | | |
| 139. Morgan Stanley #2-Microsoft Corp | A | Dividend | | | Sold | 10/21/11 | J | A | |
| 140. Morgan Stanley #2- Nabors Industries | | None | | | Sold | 10/21/11 | J | A | |
| 141. Morgan Stanley #2-Northern Trust Co | A | Dividend | | | Sold | 12/23/11 | J | A | |
| 142. Morgan Stanley #2-Petroleo Bras Sa Ads | A | Dividend | | | Sold | 04/27/11 | J | A | |
| 143. Morgan Stanley #2- Pfizer Inc. | A | Dividend | J | T | Buy (add'l) | 10/21/11 | J | | |
| 144. Morgan Stanley #2-Philip Morris Intl | A | Dividend | | | Sold | 05/04/11 | J | A | |
| 145. Morgan Stanley #2- Schlumberger | A | Dividend | J | T | Buy (add'l) | 10/21/11 | J | | |
| 146. Morgan Stanley #2- Textron inc. | A | Dividend | | | Sold | 10/21/11 | J | A | |
| 147. Morgan Stanley #2- Time Warner Inc. | A | Dividend | | | Sold | 10/21/11 | J | A | |
| 148. Morgan Stanley #2- United Parcel Service | A | Dividend | | | Sold | 10/21/11 | J | A | |
| 149. Morgan Stanley #2- United States Natural Gas Fund | A | Distribution | | | Sold | 05/04/11 | J | A | |
| 150. Morgan Stanley #2- Vanguard Emrg Mkt | | None | | | Sold | 10/21/11 | J | A | |
| 151. Morgan Stanley #2- Verizon Communications | A | Dividend | | | Sold | 04/20/11 | J | B | |
| 152. Morgan Stanley #2- Walmart Stores Inc. | A | Dividend | | | Sold | 03/30/11 | J | A | |
| 153. Morgan Stanley #2- Weatherford International | | None | | | Sold | 01/31/11 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Morgan Stanley #2- Wells Fargo & Co | A | Dividend | | | Sold | 10/21/11 | J | A | |
| 155. Morgan Stanley #2- Janus Overseas | | None | | | Sold | 10/21/11 | J | A | |
| 156. Morgan Stanley #2- Lazard Emerging Mkts Open | | None | | | Sold | 01/31/11 | J | A | |
| 157. Morgan Stanley #2- MFS Diversified Income | A | Dividend | | | Sold | 01/31/11 | J | A | |
| 158. Morgan Stanley #2- Templeton Bric A | | None | | | Sold | 10/21/11 | J | A | |
| 159. Morgan Stanley #2- Virtus Altern Diversifier A | | None | | | Sold | 10/21/11 | J | A | |
| 160. Left Intentionally Blank | | None | | | | | | | |
| 161. Left Intentionally Blank | | None | | | | | | | |
| 162. Left Intentionally Blank | | None | | | | | | | |
| 163. Left Intentionally Blank | | None | | | | | | | |
| 164. Left Intentionally Blank | | None | | | | | | | |
| 165. Left Intentionally Blank | | None | | | | | | | |
| 166. Morgan Stanely #3-Ishares Silver Trust | | None | | | Sold | 04/27/11 | J | B | |
| 167. Morgan Stanley #3- Amer Cent Heritage | | None | | | Sold | 12/05/11 | J | A | |
| 168. Morgan Stanley #3- Hartford Cap Apprec A | | None | | | Sold | 12/05/11 | J | A | |
| 169. Morgan Stanley #3-Janus Overseas | A | Dividend | | | Sold | 12/27/11 | J | A | |
| 170. Morgan Stanley #3- MFS Mass Inv Trust | A | Dividend | | | Sold | 12/05/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,000 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Morgan Stanley #3-MFS Muni Ltd Maturity | | None | J | T | | | | | |
| 172. Morgan Stanley #3-Nuveen Ltd Trm Muni | A | Dividend | J | T | | | | | |
| 173. Morgan Stanley #3- Pimco Total Return A | A | Dividend | J | T | | | | | |
| 174. Morgan Stanley #3- Templeton Global Bd | A | Dividend | J | T | | | | | |
| 175. Morgan Stanley #3- Virtus Altern Diversifier | | None | | | Sold | 12/05/11 | J | A | |
| 176. Morgan Stanley #3- Virtus Multi Sect Sht Trm | A | Dividend | J | T | | | | | |
| 177. Morgan Stanley #3- Wells Fargo Sht Trm Muni | A | Dividend | J | T | | | | | |
| 178. Morgan Stanley #3-bank | A | Interest | J | T | | | | | |
| 179. Morgan Stanley #1-Apple Inc. | | None | K | T | Buy | 08/19/11 | K | | |
| 180. Morgan Stanley #1-Google Inc. | | None | K | T | Buy | 08/19/11 | K | | |
| 181. Morgan Stanley #2-Bristol Myers Squibb Co | | None | J | T | Buy | 10/21/11 | J | | |
| 182. Morgan Stanley #2-British Amer Tob Spon | A | Dividend | J | T | Buy | 10/21/11 | J | | |
| 183. Morgan Stanley #2-CenturyLink Inc | A | Dividend | J | T | Buy | 10/21/11 | J | | |
| 184. Morgan Stanley #2-Dow Chemical Co | | None | J | T | Buy | 10/21/11 | J | | |
| 185. Morgan Stanley #2-Exxon Mobil Corp | A | Dividend | J | T | Buy | 10/21/11 | J | | |
| 186. Morgan Stanley #2-H J Heinz Co | | None | J | T | Buy | 10/21/11 | J | | |
| 187. Morgan Stanley #2-Honeywell International inc | A | Dividend | J | T | Buy | 10/21/11 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Morgan Stanley #2-Norfolk Southern Corp | A | Dividend | J | T | Buy | 10/21/11 | J | | |
| 189. Morgan Stanley #2-Pepsico Inc | A | Dividend | J | T | Buy | 10/21/11 | J | | |
| 190. Morgan Stanley #2-PPL Corp | | None | J | T | Buy | 10/21/11 | J | | |
| 191. Morgan Stanley #2-Seadrill | A | Dividend | J | T | Buy | 10/26/11 | J | | |
| 192. Morgan Stanley #2-Transcanada Corp | | None | J | T | Buy | 10/21/11 | J | | |
| 193. Morgan Stanley #2-Travelers Companies | A | Dividend | J | T | Buy | 10/21/11 | J | | |
| 194. Morgan Stanley #2-CVR Parnters LP | | None | | | Buy | 05/04/11 | J | | |
| 195. | | None | | | Sold | 07/12/11 | J | A | |
| 196. Morgan Stanley #3-Altria Group, Inc | | None | J | T | Buy | 12/05/11 | J | | |
| 197. Morgan Stanley #3-American Electric Power Co | | None | J | T | Buy | 12/05/11 | J | | |
| 198. Morgan Stanley #3-AT&T | | None | J | T | Buy | 12/05/11 | J | | |
| 199. Morgan Stanley #3-Bristol Myers Squibb | | None | J | T | Buy | 12/05/11 | J | | |
| 200. Morgan Stanley #3-British Amer Tob Spon | | None | J | T | Buy | 12/05/11 | J | | |
| 201. Morgan Stanley #3-CenturyLink | | None | J | T | Buy | 12/05/11 | J | | |
| 202. Morgan Stanley #3-Chevron Corp | | None | J | T | Buy | 12/05/11 | J | | |
| 203. Morgan Stanley #3-Dow Chemical | | None | J | T | Buy | 12/05/11 | J | | |
| 204. Morgan Stanley #3-Exxon Mobil | | None | J | T | Buy | 12/05/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Morgan Stanley #3-H J Heinz | | None | J | T | Buy | 12/05/11 | J | | |
| 206. Morgan Stanley #3-Home Depot | | None | J | T | Buy | 12/05/11 | J | | |
| 207. Morgan Stanley #3-Honeywell | | None | J | T | Buy | 12/05/11 | J | | |
| 208. Morgan Stanley #3-Intel Corp | | None | J | T | Buy | 12/05/11 | J | | |
| 209. Morgan Stanley #3-Kimberly Clark Corp | | None | J | T | Buy | 12/05/11 | J | | |
| 210. Morgan Stanley #3-Norfolk Southern Corp | | None | J | T | Buy | 12/05/11 | J | | |
| 211. Morgan Stanley #3-Northern Trust Corp | | None | J | T | Buy | 12/05/11 | J | | |
| 212. Morgan Stanley #3-Pepsico | | None | J | T | Buy | 12/05/11 | J | | |
| 213. Morgan Stanley #3-Pfizer Inc | | None | J | T | Buy | 12/05/11 | J | | |
| 214. Morgan Stanley #3-PPL Corporation | | None | J | T | Buy | 12/05/11 | J | | |
| 215. Morgan Stanley #3-Schlumberger Ltd | | None | J | T | Buy | 12/05/11 | J | | |
| 216. Morgan Stanley #3-Seadrill | A | Dividend | J | T | Buy | 12/05/11 | J | | |
| 217. Morgan Stanley #3-Transcanada | | None | J | T | Buy | 12/05/11 | J | | |
| 218. Morgan Stanley #3-Transocean Ltd | | None | J | T | Buy | 12/05/11 | J | | |
| 219. Morgan Stanley #3-Travelers Companies | A | Dividend | J | T | Buy | 12/05/11 | J | | |
| 220. Morgan Stanley #3-Virtus Insight Emerg Mkts | | None | J | T | Buy | 12/27/11 | J | | |
| 221. Morgan Stanley #4-Morgan Stanley Bank | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Morgan Stanley #4-Apple (x) | | None | J | T | Buy (add'l) | 01/18/11 | J | | |
| 223. Morgan Stanley #4-Coca Cola (x) | A | Dividend | J | T | Buy (add'l) | 08/30/11 | J | | |
| 224. Morgan Stanley #4-Google (x) | | None | J | T | Buy (add'l) | 01/20/11 | J | | |
| 225. Morgan Stanley #4-McDonalds (x) | A | Dividend | J | T | Buy (add'l) | 08/30/11 | J | | |
| 226. Morgan Stanley #4-Research in Motion (x) | | None | J | T | | | | | |
| 227. Morgan Stanley 529 Plan-Hartford 529 Age-BAS PTF 08-A | | None | J | T | | | | | |
| 228. | | | | | | | | | |
| 229. | | | | | | | | | |
| 230. | | | | | | | | | |
| 231. | | | | | | | | | |
| 232. | | | | | | | | | |
| 233. | | | | | | | | | |
| 234. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

#1, Undeveloped land outside of Waynesboro, Wayne County, Mississippi, and Louisiana farmlands located in Jefferson Parish, Louisiana. Appraisal taken as of October 15, 2008.

#3, Working interest – Hanna #1 Grafton, Blackbird and Thelma Morris – Leon, Houston and other counties in Texas income paid by Palmer Production, Inc.Valutaion based on 3 times the current year income.

#5, An undivided interest in real estate located in Jennings, Louisiana.Was shown as sold in 2008 in error. This investment consisted of two buildings, only 1 was sold in 2008. The 2008 report should have shown a value for the building that was still owned.

#17, Royalty interest in Jeff Davis and Vermillion Parishes, Louisiana – Production income paid by Hillcorp Energy.Valuation based on 3 times the current year income.

#18, Working interest – Alabama Ferry Units in Leon, Houston and other counties in Texas income paid by Hillcorp Corporation. Valuation based on 3 times the current year income.

#49, Idearc stock-this stock was canceled due to reorganization.

#76, Royalty Interest – Hanna #1 Grafton, Blackbird and Thelma Morris – Leon, Houston and other counties in Texas income paid by Palmer Production, Inc. Valuation based on 3 times the current year income.

#77, Royalty Interest – Jeff Davis and Vermillion Parishes, Louisiana. Production income paid by Texas Petroleum. Valuation based on 3 times the current year income.

#84, General Electric was completely sold in 2010 but incorrectly showed a value at year end 2010.

#86, Pfizer Incorporated was completely sold in 2010 but incorrectly showed a value at year end 2010.

#100, Goldman Sachs Goup was completely sold in 2010 but incorrectly showed a value at year end 2010.

#108, Value used in sucession of mother, DOD 7/9/2007.

#110, Value used in sucession of mother, DOD 7/9/2007.

#111, Value used in sucession of mother, DOD 7/9/2007.

#221-226, Morgan Stanley #4 was inadvertently omitted from the 2010 report. The account was opened on 12/14/10 and had very little activity before year end.

#227, Morgan Stanley 529 plan was inadvertently omitted from the 2010 report

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Donald E. Walter

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544